UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
RICHARD BELLIS, :
:
Plaintiff, :  21-CV-3282 (JMF)
:
-v- :  ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 24, Defendant's earlier motion to dismiss filed at ECF No. 15 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **November 8, 2021.**  Defendant's reply, if any, is due by **December 6, 2021.**  See ECF Nos. 18, 20.

      The Clerk of Court is directed to terminate ECF No. 15.

      SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                               JESSE M. FURMAN
                                            United States District Judge