

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BILAL HAIDER**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
bhaider@law.nyc.gov

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 47.*

December 28, 2022

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

*SO ORDERED.*

*December 29, 2022*

Re:   Richard Bellis v. New York City Department of Education,
       21 Civ. 3282 (JMF)

Your Honor:

      I am an attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, recently assigned to represent defendant New York City Department of Education ("DOE") in the above-referenced matter. Defendant respectfully requests that Your Honor adjourn the mediation referral *sine die*. Plaintiff consents to this request.

      Prior to the mediation referral, the parties engaged in good-faith preliminary settlement discussion, which resulted in plaintiff conveying his initial demand. On October 13, 2022, the Court referred this matter to the Court-annexed mediation program. (See Order dated October 13, 2022, ECF No. 45.) The parties subsequently exchanged discovery pursuant to the Pilot Discovery Protocols for Counseled Employment Cases. However, the parties are too far apart in their evaluation of this case to possibly settle this matter at the current juncture. As such, Defendant believes that a mediation session will not be productive at this time.

      The parties have agreed to proceed with discovery with the understanding that they may revisit settlement discussions prior to the close of fact discovery. Accordingly, Defendant respectfully requests that Your Honor adjourn the mediation referral *sine die*.

Thank you for your consideration herein.

Respectfully submitted,

*Bilal Haider* /s

Bilal Haider
Labor and Employment Law Division
100 Church Street
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc: **VIA ECF**
Counsel of Record