**SCHWARTZ PERRY HELLER** LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

February 8, 2023

<u>Via ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Richard Bellis v. The New York City Department of Education</u>
      21-CV-3282 (JMF)

Your Honor:

  I represent the Plaintiff Richard Bellis ("Bellis) in the above-referenced matter and write jointly with defense counsel to respectfully request an adjournment of the remote conference date set for April 25, 2023, which was set by the Court in the Order of February 3. I am scheduled to speak at a conference at the New York City Bar Association at that exact time and defense counsel will be out of the office. The parties have conferred and are available on April 26, May 1 and May 2. This is the first request for an adjournment of this conference.

  We thank the Court for its consideration of this matter.

                   Respectfully submitted,

                   BRIAN HELLER

cc: All counsel – via ECF

The conference scheduled for April 25, 2023, at 9:00 a.m., is hereby rescheduled **for May 2, 2023, at 9:00 a.m.** via teleconference. The Clerk of Court is directed to terminate ECF No. 51.

SO ORDERED.

February 9, 2023