

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T̲HE C̲ITY OF N̲EW Y̲ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BILAL HAIDER**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
bhaider@law.nyc.gov

April 18, 2023

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

        Re:    Richard Bellis v. New York City Department of Education,
                  21 Civ. 3282 (JMF)

Your Honor:

        I am an attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Department of Education ("DOE") in the above-referenced matter. Defendant writes to respectfully request an adjournment of the telephone conference scheduled for April 19, 2023. Plaintiff's counsel, Brian Heller, Esq., consents to this request.

        This morning the Court adjourned the telephone conferenced scheduled for April 18, 2023 to April 19, 2023 at 3:00 p.m. (See Order, ECF No. 57.) However, the undersigned has a virtual trial conference scheduled for 3:00 p.m. on April 19, 2023 in a Queens County Supreme Court matter. Accordingly, Defendant respectfully requests an adjournment of the telephone conference scheduled for April 19, 2023 at 3:00 p.m.

        The parties have conferred and are both available on the following dates and times for a rescheduled conference:

- April 21, 2023: all day
- April 26, 2023: any time before 3:00 p.m.
- April 27, 2023: any time after 3:00 p.m.
- April 28, 2023: any time after 11:00 a.m.

Thank you for your consideration herein.

Respectfully submitted,

*Bilal Haider* /s

Bilal Haider
Labor and Employment Law Division
100 Church Street
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc:  **VIA ECF**
Counsel of Record

The conference scheduled for April 19, 2023, at 3:00 p.m. is hereby ADJOURNED to to April 21, 2023, at 3:00 p.m. The call-in information remains the same. The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

April 18, 2023