UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RICHARD BELLIS, :
:
Plaintiff, :   21-CV-3282 (JMF)
:
-v- :   ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendant shall produce the first tranche of ESI discovery by **April 28, 2023**, and produce all ESI discovery by **May 5, 2023**.

- The deadline for the close of discovery is extended to **May 30, 2023**.

- No further extensions of these deadlines will be granted.

- The pretrial conference previously scheduled for **May 2, 2023**, is hereby ADJOURNED to **June 6, 2023**, at **3:45 p.m.** The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.

SO ORDERED.

Dated: April 21, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge