**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
RICHARD BELLIS,

                Plaintiff,                21 **CIVIL** 3282 (JMF)

   -against-                         **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2024, Defendant DOE's motion for summary judgment is GRANTED. Judgment is entered in favor of the DOE and the case is closed.

**Dated:**  New York, New York
         March 20, 2024

                                                                          **RUBY J. KRAJICK**
                                                                              **Clerk of Court**

                                    **BY:**    _____
                                                             **Deputy Clerk**